UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | DOCKET NO. 2:25-cr-00124-LEW |
| ) | |
| JONNATAN NOE IRIAS-LAINEZ ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES Jonnatan Noe Irias-Lainez, Defendant in the above-captioned matter, through his counsel, Heather Gonzales, Esq., and MOVES to continue this case to the April 2026 Trial list. As grounds for his Motion, Mr. Irias-Lainez states:

1. This matter is currently on the February Trial list with Jury Selection to commence on February 2, 2026. (ECF Nos. 40, 42).

2. Mr. Irias-Lainez is presently in ICE custody and is pursuing a Reasonable Fear claim with the assistance of his immigration counsel. An immigration judge has agreed to consider his petition for withholding of removal.  A hearing date has not been scheduled.

3. Mr. Irias-Lainez wishes to have additional time to attend his immigration hearing, and negotiate a potential plea agreement in the present case depending on the outcome of the immigration hearing.

4. Mr. Irias-Lainez hereby waives his right to a speedy trial for the period of the continuance requested in this Motion and acknowledges that the ends of justice served by the requested continuance outweigh the interests of the public and Mr. Irias-Lainez in a speedy trial pursuant to 18 U.S.C. § 3161 because a resolution without a trial conserves judicial resources and saves the parties the time and effort necessary for trial preparation.

2

5. The Government does not oppose this Motion.

WHEREFORE, the Defendant respectfully requests that the Court continue this case to the April 2026 Trial List.


Dated:  January 5, 2026                                Respectfully submitted,

                                                       /s/Heather Gonzales, Esq.
                                                       Attorney for Defendant
                                                       Assistant Federal Public Defender
                                                       P.O. Box 595
                                                       Portland, Me 04112-0595
                                                       207-553-7070
                                                       FAX: 553-7017
                                                       Heather_gonzales@fd.org

## **CERTIFICATE OF SERVICE**

      I, Heather Gonzales, hereby certify that I have this date caused the within Unopposed Motion to Continue to be served upon all parties of record via the Court's ECF System.

Dated: January 5, 2026                  /s/ Heather Gonzales
                                                  Attorney for Defendant