**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

JONNATAN NOE IRIAS-LAINEZ

No. 2:25-cr-00124-LEW

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt based on admissible evidence, including official government records and witness testimony:

The defendant is a native and citizen of Honduras by virtue of birth. On December 31, 2018, the United States Border Patrol encountered the defendant in Texas. The defendant had unlawfully entered the United States from Mexico at a time and place other than as designated by the Secretary of the United States Department of Homeland Security ("DHS"). A Border Patrol Agent issued an Order of Removal under Section 235(b)(1) of the Immigration and Nationality Act, finding the defendant inadmissible and ordering him removed from the United States.

The defendant was removed from the United States on January 11, 2019, through Brownsville, Texas.

According to the Computer Linked Application Information Management System ("CLAIMS"), which is the system that tracks applications for immigration benefits and actions taken regarding such applications, no pending applications or petitions filed by the defendant or on his behalf seeking consent of the Secretary of DHS to reapply for admission to the United States were located, nor was any record located of the Secretary of DHS granting express consent for the defendant to reapply.

On May 28, 2025, ICE Enforcement and Removal Operations ("ERO") agents obtained an administrative arrest warrant for the defendant after learning that he was scheduled to appear in court in York County for a traffic violation and had previously been removed from the United States. That day, ERO agents pulled over the defendant's vehicle in Biddeford, Maine. The defendant was arrested. The defendant had his Honduran passport on him at the time of his arrest. The passport identified the defendant as Jonnatan Noe Irias Lianez. The defendant's identity was also confirmed through a positive biometric hit by submitting his fingerprints through the DHS Automated Biometric Identification System ("IDENT") and the DOJ Next Generation Identification System ("NGI").

Dated: June 22, 2026                          ANDREW B. BENSON
                                              United States Attorney

                             BY:    */s/ Sean M. Green*
                                    Sean M. Green
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    100 Middle Street, East Tower, 6th Floor
                                    Portland, Maine 04101
                                    (207) 780-3257


                          Certificates of Service

I certify that I filed the foregoing via ECF on June 22, 2026, thereby causing service to be made on all counsel of record.

                             BY:    */s/ Sean M. Green*
                                    Sean M. Green
                                    Assistant United States Attorney